IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:11-mj-00156 GSA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | ORDER ON GOVERNMENT'S |
| v. | ) | MOTION TO DISMISS |
| | ) | (Fed. R. Crim. P. 48 (a)) |
| ERNEST MORALES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

O R D E R

IT IS HEREBY ORDERED that the complaint in the above-entitled case be dismissed.

IT IS SO ORDERED.

Dated: __August 25, 2011__    _____/s/ Gary S. Austin_____
                              UNITED STATES MAGISTRATE JUDGE

1